1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 11 | DAVID HOFFMAN, etc., et al., ) | CASE NO. CV07-3477-AHM (OPx) |
| 12 | Plaintiff(s), ) | ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |
| 13 | v. ) | |
| 14 | COUNTY OF RIVERSIDE, et al., ) | |
| 15 | Defendant(s). ) | |
| 16 | ) | |
| 17 | _____) | |

18      The Court having been advised by the parties that the above-entitled action

19  has been settled;

20      IT IS THEREFORE ORDERED that this action is dismissed without

21  prejudice to the right, upon good cause shown within 30 days, to reopen this

22  action if settlement is not consummated.

23

24      IT IS SO ORDERED.

25  Date: May 12, 2008      _____

26  **Make JS-6**      A. Howard Matz
                         United States District Court Judge

27

28